**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-2420**

BARBARA JEAN FORD,

Plaintiff - Appellant,

versus

STUART O. SIMMS, Secretary, Maryland
Department of Public Safety and Correctional
Services; MARYLAND DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONAL SERVICES; STATE OF MARYLAND;
GEORGE KALOROUMAKIS, Assistant Warden of
Eastern Correctional Institution; RALPH LOGAN,
Warden, Baltimore City Detention Center;
EDMUND O'LEARY, Division of Corrections,
Internal Investigative Unit Headquarters; DALE
MCCLOUD, Maryland Department of Public Safety
and Correctional Services; LAURA RIEKEN
DORSEY, Eastern Correctional Institution,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, District Judge. (CA-
99-3580-JFM)

Submitted: June 23, 2003            Decided: July 8, 2003

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robin R. Cockey, COCKEY, BRENNAN, & MALONEY, P.C., Salisbury, Maryland, for Appellant. J. Joseph Curran, Jr., Attorney General, Scott S. Oakley, Assistant Attorney General, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barbara Jean Ford appeals the district court's orders denying her motion to amend her complaint and granting Appellees' motion for summary judgment on one Title VII claim following a remand from this court. See Ford v. Simms, 2001 WL 1598078 (4th Cir. Dec. 14, 2001) (No. 00-1649) (unpublished). We find no error in the district court's orders and affirm for the reasons stated by the district court. See Ford v. Simms, No. CA-99-3580-JFM (D. Md. Apr. 9, 2002, and Oct. 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED